**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 45 WAL 2022

          Respondent                :

                                       :    Petition for Allowance of Appeal
                                         :    from the Order of the Superior Court

          v.                             :

                                         :

ANTHONY L. BILLINGER,              :

             Petitioner               :

**<u>ORDER</u>**

**PER CURIAM**

      **AND NOW**, this 22nd day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.